UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ALCOA ELECTRICAL &
ELECTRONIC PARTNERSHIP,
et al.,**

    **Plaintiffs,**

v.                                                        Case No. 8:08-CV-1210-T-30MSS

**SUN MICROSTAMPING, INC., et al.,**

    **Defendants.**
_____/

## ORDER
### and
## NOTICE OF HEARING

THIS CAUSE came before the Court upon Plaintiffs' filing of its Complaint on June 24, 2008, Plaintiffs' Ex Parte Emergency Motion for Replevin and Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief (the "Motion"), and Plaintiffs' Motion to file under Seal, also filed on June 24, 2008.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that:

1. This matter is hereby scheduled for an evidentiary hearing on **JULY 1, 2008, AT 9:30 A.M.** at the U. S. Sam Gibbons Courthouse, 801 North Florida Avenue, Courtroom #13A, Tampa, Florida 33602. Time reserved: **2 hours**.

2. Plaintiffs' Motion to File Under Seal is **DENIED**.

3. The U.S. Marshal or his deputy shall serve this Order along with a summons and copy of the pleadings and Motion in this cause. Plaintiffs are permitted to accompany the U.S. Marshal or his deputy serving these proceedings.

4. Defendants must permit Plaintiffs to inspect and photograph the following Property:

   a. All Dies / Tooling and associated fixtures / check aids with:

      Progressive Blanking Stamping Die - P62617-001 Rev. A - Fret, RFQ #5547;
      Progressive Blanking Stamping Die - P62618-001 Rev. A - Fret, RFQ #5548;
      Progressive Blanking Stamping Die - P62619-001 Rev. A - Fret, RFQ #5549;

   b. All finished goods:

      AEES Part Number R-62617-001H; Oracle 925757; (Sun Micro P/N MM-1404);
      AEES Part Number R-62618-001F; Oracle 925746; (Sun Micro P/N MM-1405);
      AEES Part Number R-62619-001H; Oracle 925753; (Sun Micro P/N MM-1406);

  c. All copper raw material sent to Defendants by Plaintiffs through PMX Industries, Inc.; and

  d. All copper scrap and offal associated with the production of:

  AEES Part Number R-62617-001H; Oracle 925757; (Sun Micro P/N MM-1404);
  AEES Part Number R-62618-001F; Oracle 925746; (Sun Micro P/N MM -1405);
  AEES Part Number R-62619-001H; Oracle 925753; (Sun Micro P/N MM – 1406).

5. Defendants, their officers, directors, agents, servants, employees, and all persons acting in participation or concert with them are ordered to not damage, destroy, transfer, remove from the jurisdiction, conceal, allow to waste, or otherwise do harm in any way to the property at issue in this action.

DONE AND ORDERED in Chambers in Tampa, Florida, this 24 day of June, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE